ORIGINAL

FILED

05/17/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 22-0232

IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 22-0232
_____

FILED

MAY 17 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

KRISTOPHER GENE LEHTO,

Petitioner,

v.                                                                 O R D E R

LT. JASON VALDEZ,

Respondent.

_____

Kristopher Gene Lehto has filed a Petition for Writ of Habeas Corpus, indicating that he is entitled to more jail time credit than he received. He states that he has no copies of his sentencing judgments or sentence calculation. Lehto is currently held in the Yellowstone County Detention Center (YCDC).

In his Petition, Lehto provides that he received a sentence in the Lewis and Clark County District Court while he was on probation in Butte. He argues that he is entitled to 35 days "between the two counties pending [his] bond being posted." He explains that he was able to post bond while in Helena and that his Probation Officer (PO) filed a Petition to Revoke under the wrong cause number for a Roosevelt County case that he had since discharged. He states that "[t]he Helena jail refused to release [him] for 15 days after posting bond due to [his] PO's clerical error." Lehto further provides that on May 22, 2018, the Lewis and Clark County District Court sentenced him to a three-year suspended term (No. DDC-2017-513), and then the term was revoked, but he claims that he sat in jail for over 35 days between Billings and Butte before the revocation and his release. He adds that he received the written judgment on October 10, 2018, and that he was not credited any time—over one month in 2017 or any of the time from May 22 to October 10, 2018. Lehto adds that his dates are close to recall as possible. He also claims that he is entitled to time while he was out on bond but provides no support for the argument.

Available electronic records indicate that the State filed an Information, charging Lehto with felony attempt (theft) and two misdemeanors), committed on November 10, 2017, in the Lewis and Clark County District Court (Cause No. DDC 2017-513). The Deputy County Attorney signed the Information on December 19, 2017. The District Court Judge issued the Order granting it the next day, imposing an O.R. bond, and setting arraignment for January 3, 2018. The combined Information and Order were filed in court on December 26, 2017. According to the written Judgment, Lehto appeared with counsel on January 17, 2018, and he entered a guilty plea on May 18, 2018. The court awarded one day of credit for time served for December 12, 2017. The District Court held a hearing on the State's Petition to Revoke on October 9, 2018, and awarded additional credit of September 6-21, 2018. The court did not mention any credit for street time or time while on probation.

Therefore, upon review of Lehto's Petition and his claims, we deem it appropriate to require a response.

IT IS ORDERED that the Attorney General or counsel for the Department of Correction is GRANTED thirty days from the date of this Order in which to prepare, file, and serve a written response to the petition for a writ of habeas corpus together with appropriate documentary exhibits.

The Clerk of the Supreme Court is directed to provide a copy of this Order to the Attorney General; to counsel for the Department of Corrections; and to Petitioner personally.

DATED this 17th day of May, 2022.

_____
Justice